UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 02CR76-BTM |
| Plaintiff | ) | CRIMINAL NO. 07mj2965 |
| vs. | ) | ORDER |
|  | ) | RELEASING MATERIAL WITNESS |
| Cynthia Elaine Jensen | ) | Booking No. |
| Defendant(s) | ) |  |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Marta Rodriguez Rodriguez

DATED: 1/10/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by J. Juabek
        Deputy Clerk

J. Jarabek

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062